UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christal Ransom

                                    Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-MJ-9734

Defendant  Christal Ransom  hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

 X    Initial Appearance Before a Judicial Officer

 X    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

 X    Bail/Detention Hearing

 X    Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Christal Ransom 
Print Defendant's Name

_____
Defendant's Counsel's Signature

Elon Berk, Esq.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 10-21-2021 
Date

_____
U.S. District Judge/U.S. Magistrate Judge